# EXHIBIT "A"

Case 1:13-cv-04136-AT   Document 1-1   Filed 12/13/13   Page 2 of 7

State Court of Fulton County
***EFILED***
File & ServeXpress
Transaction ID: 54413256
Date: Oct 21 2013 11:38AM
Cicely Barber, Clerk

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE NO. _____

\*\*\* NOTE-- DESIGNATED E-FILE CASE -- ANSWER AND ALL PLEADINGS MUST BE E-FILED. CONTACT THE COURT AT 404.613.5040 AND LEXISNEXIS CUSTOMER SUPPORT AT 1.888.529.7587

13EV018440Y

Donnis Swinford
Henry Swinford
775 West Avenue, STE E
Cartersville, GA 30120

vs.

Target Corporation
R.A.: CT Corporation Systems
1201 Peachtree Street
Atlanta, GA 30361

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ _____ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ _____ |
| [ ] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ _____ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ _____ |
| [ ] SPECIAL LIEN | |
| ************ | |
| [ ] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. _____ | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: <u>Sharon T. McCoy</u>

Address: <u>775 West Avenue, Suite E</u>

City, State, Zip Code: <u>Cartersville, GA 30120</u>   Phone No.: <u>770 382 0984</u>

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. DEFENSE MAY BE MADE & JURY TRIAL DEMANDED, via electronic filing through LexisNexis or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

This _____    Cicely Barber, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs undenied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

**SERVICE INFORMATION:**
Served, this <u>11</u> day of <u>13</u>, 20<u>13</u>.    _____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20 _____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

Case 1:13-cv-04136-AT   Document 1-1   Filed 12/13/13   Page 3 of 7

State Court of Fulton County
\*\*\*EFILED\*\*\*
File & ServeXpress
Transaction ID: 54413256
Date: Oct 21 2013 11:38AM
Cicely Barber, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| DONNIS SWINFORD<br>and HENRY SWINFORD, | )<br>)<br>) | CIVIL ACTION FILE |
| Plaintiffs, | )<br>) | NO. 13EV018440Y |
| v. | )<br>)<br>) | |
| TARGET CORPORATION, | ) | JURY TRIAL DEMANDED |
| Defendant. | )<br>) | |

SECOND ORIGINAL

## COMPLAINT

COMES NOW Plaintiffs Donnis Swinford and Henry Swinford, and respectfully show this Honorable Court the following:

1.

Plaintiffs Donnis and Henry Swinford reside in Rome, Floyd County, Georgia.

2.

Defendant Target Corporation ("hereinafter Defendant Target") is a foreign corporation authorized to do business in the State of Georgia. Defendant Target may be served with a copy of the Complaint and Summons by and through its registered agent, to wit: CT Corporation System, 1201 Peachtree Street, Suite NE, Atlanta, Fulton County, Georgia 30361. Therefore, Defendant Target is subject to the venue and jurisdiction of this Court.

## COUNT I
## NEGLIGENCE

3.

Defendant Target owns and operates a business establishment, open to the general public, located at 4567 River City Drive, Jacksonville, Florida 32246.

4.

On or about June 8, 2012, Plaintiff Donnis Swinford, an invitee, and her daughter were shopping at said Target store.

5.

Plaintiff Swinford was walking down an aisle in a safe and prudent manner and was browsing the display for potential purchases.

6.

Unbeknownst to Plaintiff Donnis Swinford, at the end of that particular aisle, a piece of metal protruded several inches from the shelving, sitting directly on the floor and rising only as high as ankle level.

7.

Plaintiff Donnis Swinford's left foot caught on the metal protrusion and she tripped and fell to the floor.

8.

Said metal protrusion was not observable at eye level.

9.

Plaintiff Swinford did not see the metal protrusion prior to her fall.

10.

At the time of said incident, similar metal protrusions were not affixed to the ends of every aisle at the subject store.

11.

Rather, the metal protrusions appeared to be affixed only to the end caps of the display shelving nearest to the stock room and in some central aisles used by store personnel to move stocking carts.

12.

Plaintiff Swinford did not see metal protrusions on the end of any aisle prior to her fall.

13.

The metal protrusion which tripped Plaintiff Donnis Swinford is used to protect the display shelving from damage by stocking carts.

14.

Defendant Target had superior knowledge to that of Plaintiff Donnis Swinford of the existence of the metal protrusions randomly affixed to display shelving end caps in the subject store.

15.

The purpose of the metal protrusions is to lower the cost to Defendant Target of having to repair or replace its display shelving units.

16.

Although the metal protrusions protected Defendant Target's display shelving, the metal protrusions endangered Plaintiff Donnis Swinford and Defendant Target's invitees.

17.

Defendant Target negligently breached its duty to maintain its premises in a safe fashion.

18.

Plaintiff Swinford hit the floor with such an impact that she suffered serious and permanent injuries which included a broken hip.

19.

Plaintiff Swinford remained on the floor until Paramedics arrived and transported her to the hospital.

20.

Plaintiff Donnis Swinford's injuries required multiple hospitalizations and surgeries, and resulted in a total hip replacement and permanent disability.

21.

To date, Plaintiff Donnis Swinford's medical expense for surgeries, hospitalizations and other medical treatment for injuries sustained in her fall at the Target store has exceeded $210,000.

22.

Plaintiff Donnis Swinford's injuries were caused directly and proximately by the negligence of Defendant Target.

23.

Defendant Target is indebted to Plaintiff Donnis Swinford in an amount to be shown by the evidence at trial for her past medical expenses, future medical expenses, permanent disability, as well as past and future pain and suffering.

## COUNT II
## LOSS OF CONSORTIUM

24.

Plaintiff Henry Swinford hereby incorporates the allegations of Paragraphs 1 though 23 of the Complaint as if set forth in their entirety.

25.

At all times material to this action, Plaintiffs Donnis and Henry Swinford were married and living together as husband and wife.

26.

As a direct and proximate result of the negligence of Defendant Target, as aforesaid, Plaintiff Henry Swinford has been deprived of the society, services and affections of his wife, Donnis Swinford.

27.

Plaintiff Henry Swinford hereby makes a claim for damages against Defendant Target for his loss of consortium in an amount to be determined at trial.

WHEREFORE, Plaintiffs pray:

(a) That the summons issue requiring Defendant Target to be and appear in this Court within the time provided by law to answer this Complaint;

(b) That Plaintiffs be afforded a trial by jury;

(c) That Plaintiffs have judgment against Defendant for a just and equitable sum that will fairly and adequately compensate them for the losses and damages they have sustained and will sustain, plus interest as provided by law and costs of Court; and

(d) For such other and further relief as the Court deems just and proper.

Respectfully submitted,

_____
Lance T. McCoy
Georgia Bar No. 486215
Attorney for Plaintiff

The McCoy Law Firm, LLC
775 West Avenue, Suite E
Cartersville, Georgia 30120
770.382.0984 Phone
770.382.3679 Fax