P - EXHIBIT 2

IS THIS PICTURE THE SAME "END CAP" AS the "END CAP" IN QUESTION?

SUB QUESTION: IS THE METAL CORNER GUARD to the left The GUARD IN QUESTION?

*[signature]*
7/21/15

You should rely on your memory of the testimony.

Judge Cohen

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 22 2015

JAMES N. HATTEN, Clerk
By: *[signature]* Deputy Clerk