IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNIS SWINFORD and HENRY SWINFORD, | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:13-cv-4136-MHC |
| TARGET CORPORATION, | |
| Defendant. | |

## JURY VERDICT FORM

Answer each question posed below, following the instructions provided.

1. Was there negligence on the part of Defendant Target Corporation which was a legal cause of loss, injury, or damage to Plaintiff Donnis Swinford?

   Check "Yes" or "No":  ✓ Yes   ___ No

If you checked "Yes" to Question No. 1, above, please proceed to Question No. 2A.

If you checked "No" to Question No. 1, above, please sign and date the Verdict Form on page 3 below and inform the Court that you have reached a verdict. Do not answer any other questions.

2A. Was there negligence on the part of Plaintiff Donnis Swinford which was a contributing legal cause of loss, injury, or damage to Donnis Swinford?

Check "Yes" or "No":  √ Yes   ___ No

If you checked "Yes" to Question No. 2.A., above, please proceed to Question No. 2.B.

If you checked "No" to Question No. 2.A., above, please proceed to Question No. 3.

2B. State the percentage of any negligence which was a legal cause of loss, injury, or damage to Plaintiff Donnis Swinford that you charge to:

__85%__ Plaintiff Donnis Swinford

__15%__ Defendant Target Corporation

(% total must equal 100%)

3. We award Plaintiff Donnis Swinford the sum of

$ __225,000__ in damages.

(Do NOT reduce this number for the fault of any party. The Judge will do that based on the percentages above.)

4. We award Plaintiff Henry Swinford the sum of

$ __0__ in damages for loss of consortium and services.

2

Please have the Foreperson sign and date the Verdict below.

This __21__ day of July, 2015.

_____
FOREPERSON

3